UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL VON NESSI, LAINIE GEARY, JEFFREY MEISKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XM SATELLITE RADIO HOLDINGS INC., XM SATELLITE RADIO INC.,<br><br>Defendants. | Civil Action No.2:07-cv-02820<br>Hon. Peter G. Sheridan<br>Hon. Esther Salas |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), the undersigned counsel for Defendants XM Satellite Radio Holdings Inc. ("XM Holdings") and XM Satellite Radio Inc. ("XM") in the above-captioned action file the following supplemental statement:

1. The parent corporation of XM is XM Holdings. XM Holdings owns 100% of XM.

2. The parent corporation of XM Holdings is Sirius XM Radio Inc., which is a publicly traded corporation. Sirius XM Radio Inc. owns 100% of XM Holdings.

3. Other than as noted above, no company or individual owns 10% or more of XM, XM Holdings, or Sirius XM Radio Inc.

Dated: September 16, 2008

SILLS CUMMIS & GROSS P.C.

By: *[signature]*
Jack Wenik
Andrew W. Schwartz
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500

WILMER CUTLER PICKERING
 HALE and DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendants*
*XM Satellite Radio Holdings Inc. and*
*XM Satellite Radio Inc.*